UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANTIAGO RAMIREZ LOPEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

CASE NO. 2:26-cv-04010-GJL

ORDER DIRECTING SUPPLEMENTAL BRIEFING AND EVIDENCE

Petitioner Santiago Ramirez Lopez is currently detained at the Northwest Immigration and Customs Enforcement Processing Center.[1] On October 20, 2026, Petitioner, through counsel, filed a Petition for writ of habeas corpus seeking immediate release. Dkt. 1. In his sole ground for relief, Petitioner alleges that that Respondents have not adequately arranged for access to necessary medical care throughout detention, including during anticipated travel to effectuate his removal. *Id.* Based on these allegations, Petitioner contends that his detention is excessive in relation to the legitimate nonpunitive purpose served and, as such, his continued detention violates the Due Process Clause of the Fifth Amendment. *Id.*

[1] The Parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 5.

The Petition is fully briefed. Dkts. 1, 13, 21; *see also* Dkts. 9, 17, 20 (additional briefing on Petitioner's Motion for Preliminary Injunction). However, upon review of the Parties' submissions and the governing law, the Court finds that additional information is needed before a final determination may be reached in this case.

Accordingly, the Court **ORDERS** as follows:

1. Respondents **SHALL** submit supplemental briefing and supporting evidence addressing the following on or before **December 14, 2026**:

    a. Respondents **SHALL** identify the anticipated travel itinerary for Petitioner's removal, including the expected duration of travel, any layovers or intermediate staging locations, and the availability of medical care throughout the itinerary, including access to scheduled treatment and emergency medical care.

    b. Respondents **SHALL ALSO** address the legal significance of evidence submitted with Petitioner's Reply indicating that Petitioner is not medically cleared for travel in his current condition. Dkt. 21-2.

2. Petitioner **MAY** file a supplemental response addressing Respondents' briefing and evidence on or before **December 21, 2026**.

Finally, the Clerk of Court is **DIRECTED** to **RENOTE** this matter for consideration on **December 21, 2026**.[2]

Dated this 23rd day of November, 2026.

Grady J. Leupold
United States Magistrate Judge

[2] Nothing in this Order prevents the Parties from seeking relief from the above-stated deadlines.